UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>   v.<br><br>HENRY KONAH KOFFIE, AKA<br>Narcoboss, AKA Dnmkingpin,<br><br>        Appellant. | No. 23-4199<br><br>D.C. No.<br>3:17-cr-00291-MO-1<br>District of Oregon,<br>Portland<br><br>ORDER |

The court is of the unanimous opinion that the facts and legal argument are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Therefore, this matter is ordered submitted on the briefs and record without oral argument on April 13, 2026, in Portland, Oregon.  Fed. R. App. P. 34(a)(2).

                    FOR THE COURT:

                    MOLLY C. DWYER
                    CLERK OF COURT